UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
)   CASE NO. MJ 17-234
    Plaintiff,)
)
    v.)
)   DETENTION ORDER
DAVID JOSEPH HODSON,)
)
    Defendant.)
)

<u>Offense charged</u>:    Violation of Conditional Release

<u>Date of Detention Hearing</u>:    June 8, 2017.

Defendant was found Not Guilty Only by Reason of Insanity in the District of Oregon (CR11-462) on charges of Arson and Making and Possessing an Unregistered Destructive Device. He was placed on conditional release on August 20, 2012 by the Honorable Marco A. Hernandez, United States District Judge. On April 6, 2016, conditional release was revoked and defendant was remanded to the Federal Medical Center in Rochester Minnesota, and released on December 10, 2016. He has been supervised on a courtesy basis in this District since 2012, with the exception of time spent in custody in connection with proceedings relating

DETENTION ORDER
PAGE -1

to violations of conditional release.

Defendant continues to reside in this District. He was arrested on June 6, 2017 on allegations that he violated the conditions of conditional release by failing to notify his probation officer of a change in residence, failing to abstain from non-prescribed drugs, and failing to submit to drug testing.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing in the District of Oregon on allegations of violation of conditional release, and committed to the custody of the Attorney General;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 8th day of June, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge